AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | |
|---|---|
| (1) JESUS SANCHEZ <br><br> *Plaintiff(s)* <br> v. <br> (1) CORECIVIC, INC., d/b/a THE DAVIS CORRECTIONAL FACILITY <br><br> *Defendant(s)* | Civil Action No. CIV-25-196-DES |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CORECIVIC, INC., d/b/a THE DAVIS CORRECTIONAL FACILITY
c/o C T Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek S. Franseen
Walsh & Franseen
200 E. 10th Street Plaza
Edmond, OK 73034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/9/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CIV-25-196-DES

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  Complaint and summons served by certified mail 6/18/25 to CoreCivic Inc.'s registered agent; USPS "green card" and USPS tracking attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/23/25

*Janet Bullington* (signature)
Server's signature

Janet Bullington, Paralegal
*Printed name and title*

Walsh & Franseen
200 E 10th Street Plaza
Edmond, OK 73034
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ 10.20

Total Postage and Fees
$

Postmark Here: 6/10/25 Sanchez Complaint & Summons

Sent To: Corecivic, Inc c/o CT Corp System
Street and Apt. No., or PO Box No.: 300 Montvue Rd
City, State, ZIP+4®: Knoxville, TN 37919-5546

Tracking: 7018 1830 0000 7167 5617

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CORECIVIC, INC.
C/O CT CORPORATION SYSTEM
300 MONTVUE RD.
KNOXVILLE, TN 37919-5546

9590 9402 4532 8278 0411 45

2. Article Number *(Transfer from service label)*
7018 1830 0000 7167 5617

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*: Sanchez, G
C. Date of Delivery: June 18, 2025

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

Remove ✕

Tracking Number:

# 70181830000071675617

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:10 am on June 18, 2025 in KNOXVILLE, TN 37919.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered
**Delivered, Left with Individual**

KNOXVILLE, TN 37919
June 18, 2025, 9:10 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers